**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CARLTON WILLIAMS,

    Plaintiff,

v.                                                  Case No: 6:16-cv-1785-Orl-40DCI

PROG LEASING, LLC,

    Defendant.
_____

## ORDER

This cause comes before the Court on Defendant Prog Leasing, LLC's Motion to Compel Arbitration and Stay Proceedings with Supporting Memorandum of Law (Doc. 13), filed November 30, 2016. On December 28, 2016, Plaintiff notified the Court that he does not oppose Defendant's motion. (Doc. 19). Upon review of the subject arbitration agreement and Defendant's unopposed brief in support of arbitration, the Court is satisfied that Plaintiff's claims in this case are subject to binding arbitration under the Federal Arbitration Act. *See* 9 U.S.C. § 3.

It is therefore **ORDERED AND ADJUDGED** as follows:

1. Defendant Prog Leasing, LLC's Motion to Compel Arbitration and Stay Proceedings (Doc. 13) is **GRANTED**. The parties shall proceed to arbitration in accordance with the terms of their arbitration agreement.

2. The proceedings are hereby **STAYED** and the Clerk of Court is **DIRECTED** to administratively close the file. The Court retains jurisdiction of the case to adjudicate any post-arbitration motions the parties may make.

3. The parties shall file a joint status report on **April 3, 2017**, and every **ninety**

**(90) days** thereafter advising the Court on the progress of arbitration.

**DONE AND ORDERED** in Orlando, Florida on January 3, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record