UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

```
-------------------------------------------------------------X
                                                             :
CARLTON WILLIAMS,                                            :    Case No.: 6:16-CV-01785-PGB-DCI
                                                             :
                               Plaintiff,                    :
                 v.                                          :
                                                             :
PROG LEASING, LLC,                                           :
                                                             :
                               Defendant.                    :
-------------------------------------------------------------X
```

## JOINT STATUS REPORT

Plaintiff Carlton Williams ("Plaintiff") and Defendant Prog Leasing, LLC ("Prog Leasing"), through their undersigned counsel, hereby submit a joint status report and state as follows: The parties have reached a settlement agreement and, are finalizing the execution of same.

Respectfully submitted this 26th day of February 2018.

/s/ *Geoffrey E. Parmer*
Geoffrey E. Parmer, Esquire
Florida Bar No. 989258
The Consumer Protection Firm, PLLC
4030 Henderson Blvd
Tampa, FL 33629
Geoff@TheConsumerProtectionFirm.com
Telephone: 813.500.1500
Facsimile: 813.435.2369
*Attorneys for Plaintiff*

/s/ *Jenny N. Perkins*
Jenny N. Perkins, Esquire
Florida Bar No. 77570
Ballard Spahr LLP
1735 Market St., 51st Fl.
Philadelphia, PA 19103
perkinsj@ballardspahr.com
Telephone: 215.864.8378
Facsimile: 215.864.8999
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February 2018, I served a copy of the

foregoing **Joint Status Report** via ecf notification upon the following parties:

William Peerce Howard, Esq.
Geoffrey E. Parmer, Esq.
The Consumer Protection Firm, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500
Fax: (813) 435-2369


Dated:  February 26, 2018            */s/ Jenny N. Perkins*
                                     Jenny N. Perkins, Esquire
                                     Florida Bar No. 77570
                                     perkinsj@ballardspahr.com
                                     BALLARD SPAHR LLP
                                     1735 Market Street, 51st FL
                                     Philadelphia, PA 19103
                                     Telephone: (215) 864-8378
                                     Facsimile: (215) 864-8999
                                     *Attorneys for Defendant*